**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**LISA GREGORY, on behalf of herself
and all others similarly situated,**

        **Plaintiff,**

v.                                                     Civil Action No. 2:12-cv-11

**BELFOR USA GROUP, INC.,**

        **Defendant.**

**PLAINTIFFS' RULE 26(a)(3) DISCLOSURES**

Plaintiff Lisa Gregory, on behalf of herself and all others similarly situated, and Joyce Guarducci ("Plaintiffs"), by counsel, make the following pretrial disclosures pursuant to the referenced subsections of F.R. Civ. P. 26(a)(3):

**I. Disclosures Pursuant to Rule 26(a)(3)(A)(i) and (ii)**

1. Identification of witnesses:

    a. Plaintiffs may call the following persons as witnesses:

| PERSON | EXPECT TO PRESENT | MAY CALL IF NEED ARISES | MAY BE PRESENTED BY DEPOSITION |
|---|---|---|---|
| Lisa Gregory | X | | |
| David Elgin | X | | |
| Joyce Guarducci | X | | |
| Brenda J. Strickland | | X | |
| Judy Isbell | | X | |
| Charles Ronald Hodges | | X | |
| Steven Lindblad | X | | |

| PERSON | EXPECT TO PRESENT | MAY CALL IF NEED ARISES | MAY BE PRESENTED BY DEPOSITION |
|---|---|---|---|
|  |  |  |  |
| Paul Suchowski | X |  |  |
| Shannon Harrison |  |  | X |
| Rebecca Porritt |  |  | X |
| Megan O'Gorman |  | X |  |

The portions of the deposition of Shannon Harrison which have been designated by Plaintiffs are as follows:

| REFERENCE |
|---|
| p. 23 line 22 – p. 28 line 10 |
| p. 29 line 9-15 |
| p. 31 line 7-25 |
| p. 32 line 17 – p. 33 line 3 |
| p. 43 line 18 – p. 44 line 12 |
| p. 45 line 3-11 |
| p. 51 line 5-19 |
| p. 56 line 21 – p. 57 line 18 |
| p. 65 line 11 – p. 66 line 10 |
| p. 69 line 7 – p. 70 line 22 |
| p. 71 line 3-19 |
| p. 72 line 20 – p. 73 line 22 |
| p. 74 line 3 – p. 75 line 10 |

The portions of the deposition of Rebecca Porritt which have been designated by Plaintiffs are as follows:

| REFERENCE |
|---|
| p. 36 line 6-12 |

Plaintiffs reserve the right to call any witnesses identified by any other party and/or any witnesses not identified for rebuttal and/or impeachment purposes.

## II. Disclosures Pursuant to Rule 26(a)(3)(A)(iii)

Plaintiffs expects to introduce into evidence the following exhibits:

| PROPOSED TRIAL EXHIBIT NO. | DEPOSITION EXHIBIT NO. | EXHIBIT DESCRIPTION | BATES RANGE |
|---|---|---|---|
| 1. | | Lisa Gregory Earnings Statements | BELFOR 000001-09 |
| 2. | Elgin Ex. 14, Suchowski Ex. 4 | Salary/Compensation Change Requests | BELFOR 000010-15 |
| 3. | Elgin Ex. 22, Suchowski Ex. 3 | Employee Information Form – Gregory (signed by Harrison) | BELFOR 000057; 000283 |
| 4. | Elgin Ex. 3, Suchowski Ex. 2 | New Hire Information and Checklist – signed 8/1/2006 and New Hire Information and Checklist – signed 8/1/2006 (second page not completed) | BELFOR 000157-158; 000218-219 |
| 5. | Elgin Ex. 16 | Lisa Gregory's Resignation letter – 11/23/2009 | BELFOR 000175 |
| 6. | | Email from Porritt to Bird and Harrison re: Daily Recap | BELFOR 000193 |
| 7. | Elgin Ex. 4, Gregory Ex. 3 | Gregory Application for employment | BELFOR 000220 – 000230; 000231 – 000236 |
| 8. | Elgin Ex. 7 | Employee Information Sheet – Lisa Gregory | BELFOR 000240 |
| 9. | Elgin Ex. 1; Suchowski Ex. 6 | Belfor Property Restoration Employee Handbook (September 2007) | BELFOR 000306-337 |
| 10. | Elgin Ex. 2, Suchowski Ex. 7 | Belfor Property Restoration Employee Handbook (October 2009) | BELFOR 000338-413 |
| 11. | Elgin Ex. 9 | Administration/AP (Job Description Procedures) | BELFOR 000416 – 000418 |
| 12. | Elgin Ex. 25 | Job Coordinator/(Job Description Procedures) Judy Isbell | BELFOR 000419 – 000423 |
| 13. | | Gregory's timesheet (color copy) | BELFOR 000424-000430 |
| 14. | Elgin Ex. 26 | Lisa's handwritten notes re: hours for July and August | BELFOR 000431 |
| 15. | Gregory Ex. 13 | 8-26-09 Email from Lisa Gregory to Isbell | BELFOR 000526 |

| PROPOSED TRIAL EXHIBIT NO. | DEPOSITION EXHIBIT NO. | EXHIBIT DESCRIPTION | BATES RANGE |
| --- | --- | --- | --- |
| 16. | Gregory Ex. 14 | 9-22-09 Email from Lisa Gregory to Isbell | BELFOR 000527 |
| 17. | Gregory Ex. 15 | 10-13-09 Email from Lisa Gregory to Isbell | BELFOR 000528 |
| 18. | Gregory Ex. 16 | 1-19-10 Email from Lisa Gregory to Isbell | BELFOR 000529-530 |
| 19. | Elgin Ex. 33 | 2012 Virginia Beach Organizational Chart | BELFOR 000532 |
| 20. | Elgin Ex. 32 | 2011 Virginia Beach Organizational Chart | BELFOR 000533 |
| 21. | Elgin Ex. 30 | 2010 Virginia Beach Organizational Chart | BELFOR 000534 |
| 22. | Elgin Ex. 29 | 2009 Virginia Beach Organizational Chart | BELFOR 000535 |
| 23. | Elgin Ex. 28 | 2008 Virginia Beach Organizational Chart | BELFOR 000536 |
| 24. | Harrison Ex. 36 | Email from Harrison to O'Gorman re: speaking with Lisa | BELFOR 000546 |
| 25. | Elgin Ex. 37 | Emails between David Elgin and Shannon Harrison re Lisa's time records | BELFOR 000547 |
| 26. | Elgin Ex. 17, Suchowski Ex. 13 | Gregory's timesheet | BELFOR 000548 – 000554 |
| 27. | | Email chain from Elgin to Suchowski and Gregory re: volume of jobs | BELFOR 000625 |
| 28. | | Email between David Elgin and Lisa re can they leave early | BELFOR 000631-632 |
| 29. | | Email between Megan O'Gorman, Shannon Harrison and Lisa re Monster.com ad needed | BELFOR 000648-656 |
| 30. | Suchowski Ex. 14 | Email from Shannon Harrison to Rebecca Porritt re exempt versus non-exempt | BELFOR 000682-684 |
| 31. | Harrison Ex. 27 | Email between Harrison and Gregory re Gregory's FLSA status | BELFOR 000685-687 |
| 32. | Suchowski Ex. 15 | Email between Harrison and Gregory re Gregory's FLSA classification and plan to review personnel file | BELFOR 000688-693 |

| PROPOSED TRIAL EXHIBIT NO. | DEPOSITION EXHIBIT NO. | EXHIBIT DESCRIPTION | BATES RANGE |
|---|---|---|---|
| 33. | Harrison Ex. 30 | Email between Harrison and Gregory re Gregory's FLSA classification and follow-up | BELFOR 000694-706 |
| 34. | | Email between O'Gorman and Elgin re conference call to discuss Gregory's FLSA status | BELFOR 000707 |
| 35. | Harrison Ex. 31 | Email from Gregory to Harrison re request answer to FLSA inquiry | BELFOR 000708-709 |
| 36. | Harrison Ex. 32 | Email from Harrison to O'Gorman forwarding Gregory's request for answer to FLSA inquiry | BELFOR 000710-712 |
| 37. | Harrison Ex. 33 | Email from O'Gorman forwarding email from Elgin re conversation with Gregory re hours and backpay | BELFOR 000714-715 |
| 38. | Elgin Ex. 42 | Email from Harrison to O'Gorman re telephone conversation with Gregory | BELFOR 000716 |
| 39. | Harrison Ex. 28 | Email from Harrison to O'Gorman and others re recap 9/3 (redacted) | BELFOR 000717 |
| 40. | Harrison Ex. 34 | Email from Harrison to Porritt encl FLSA Exemptions doc from attorney | BELFOR 000718-720 |
| 41. | Harrison Ex. 35 | Email from Elgin to Harrison and O'Gorman re Gregory pay and raise, encl Gregory Time estimates | BELFOR 000721-728 |
| 42. | Suchowski Ex. 16 | Email from Harrison to O'Gorman re voicemail from Elgin | BELFOR 000731 |
| 43. | Elgin Ex. 15, Suchowski Ex. 17 | Email from Harrison to O'Gorman re strategy for communicating with Gregory re follow-up from Elgin voicemail | BELFOR 000733-735 |
| 44. | Elgin Ex. 43, Suchowski Ex. 18 | Email from Porritt to O'Gorman encl draft "Classification of Employees – Exempt vs. Non-Exempt" | BELFOR 000738-742 |
| 45. | | Email from Michalak to O'Gorman encl job advertisement for Water Technician position at Virginia Beach office | BELFOR 000748-751 |
| 46. | | Email from Harrison re: recap 9/10 | BELFOR 001051 |

5

| PROPOSED TRIAL EXHIBIT NO. | DEPOSITION EXHIBIT NO. | EXHIBIT DESCRIPTION | BATES RANGE |
|---|---|---|---|
| 47. | Suchowski Ex. 5 | Belfor Property Restoration Handbook (October 2006) | BELFOR 001098-1125 |
| 48. | | Guarducci Earnings Statements (2008-2011) | BELFOR 001126-1128 |
| 49. | Guarducci Ex. 4 | Separation of Employment Notice | BELFOR 001131 |
| 50. | Guarducci Ex. 11 | Salary Compensation Change Request – December 2007 4% increase | BELFOR 001171-1172 |
| 51. | Guarducci Ex. 12 | Salary Compensation Change Request – 2007 bonus | BELFOR 001174 |
| 52. | | Guarducci Earnings Statement (12/22/06, 01/05/07) | BELFOR 001178 |
| 53. | Guarducci Ex. 3 | Guarducci New Hire Information and Checklist | BELFOR 001211-1212 |
| 54. | | Email from O'Gorman to Porritt, Breitinger and Michalak re: Exempt classification for administrative employees | BELFOR 001330 |
| 55. | | Email from Michalak to O'Gorman and Porritt re: Exempt classification for administrative employees | BELFOR 001331-1332 |
| 56. | | Email from Breitinger to O'Gorman, Michalak and Porritt re: Exempt classification for administrative employees | BELFOR 001333 |
| 57. | | Email from Porritt to O'Gorman, Breitinger and Michalak re: Exempt classification for administrative employees | BELFOR 001334 |
| 58. | | Email from O'Gorman to Porritt, Breitinger and Michalak re: Exempt classification for administrative employees | BELFOR 001335-1336 |
| 59. | | Email from Breitinger to O'Gorman re: Exempt classification for administrative employees | BELFOR 001337-1338 |

| PROPOSED TRIAL EXHIBIT NO. | DEPOSITION EXHIBIT NO. | EXHIBIT DESCRIPTION | BATES RANGE |
|---|---|---|---|
| 60. | | Email from Porritt to O'Gorman enclosing Personnel Requisition document and Status Change Form document | BELFOR 001339-1343 |
| 61. | | Email from Breitinger to Porritt, O'Gorman and Michalak re: Exempt classification for administrative employees | BELFOR 001344-1345 |
| 62. | | Email from Michalak to Porritt re: Possible new hires | BELFOR 001346-1347 |
| 63. | | Email from O'Gorman to Ciolino re: Bill Anderson | BELFOR 001359 |
| 64. | | Email from O'Gorman to Porritt re: Bill Anderson | BELFOR 001360-1362 |
| 65. | | Email from Michalak to O'Gorman re: Administration Exemption | BELFOR 001363-1366 |
| 66. | | Email from Porritt to O'Gorman re: Daily Recap | BELFOR 001367 |
| 67. | | Email from Tunno to Porritt re: Sharon Wharton CCR | BELFOR 001368-1369 |
| 68. | | Email from Porritt re: New Hire - Bakersfield | BELFOR 001370 |
| 69. | | Email from Porritt to O'Gorman re: New Hire – other locations | BELFOR 001371-1372 |
| 70. | | Email from O'Gorman to Porritt re: New Hire – other locations | BELFOR 001373-1374 |
| 71. | | Email from O'Gorman to Porritt re: New Hire | BELFOR 001375 |
| 72. | | Email from Porritt to O'Gorman re: Job Descriptions enclosing Kevin Lahey – Admin Assts | BELFOR 001376-1377 |
| 73. | | Email from Porritt to Tunno re: Office Manager enclosing Office Manager Job Description (for D. Tunno) | BELFOR 001378-1381 |
| 74. | | Email from Lahey to Porritt re: Job Description enclosing Kevin Lahey – Admin Assts | BELFOR 001382-1384 |

| PROPOSED TRIAL EXHIBIT NO. | DEPOSITION EXHIBIT NO. | EXHIBIT DESCRIPTION | BATES RANGE |
|---|---|---|---|
| 75. | | Email from Porritt to Lahey re: Job Descriptions enclosing Sacramento Admin Asst (Non-exempt) and Sacramento Admin Asst (Exempt) | BELFOR 001385-1387 |
| 76. | | Email from Porritt to Suchowski re: FW: CCRS | BELFOR 001403-1404 |
| 77. | | Email from Lobb to Porritt and Kruse re: CCRS enclosing Administrative Assistant (Raleigh) document | BELFOR 001408-1410 |
| 78. | | Email from Porritt to Lobb and Kruse re: CCRS | BELFOR 001411-1413 |
| 79. | | Email from Porritt to Suchowski re: Duties/Responsibilities enclosing Planning Calendar | BELFOR 001415 |
| 80. | | Email chain between Lisa Gregory and Shannon Harrison – 09/02/2010 | GREGORY 000117-118 |
| 81. | Gregory Ex. 22 | Email from Gregory to Harrison re: exempt versus non-exempt | GREGORY 000119-121 |
| 82. | Gregory Ex. 21 | Email from Gregory to Harrison re: exempt versus non-exempt | GREGORY 000123 |
| 83. | Gregory Ex. 23 | Email from Gregory to Harrison re: exempt versus non-exempt follow up | GREGORY 000124-126, 122 |
| 84. | Gregory Ex. 17 | 11-23-09 letter from Gregory to Elgin | GREGORY 000127 |
| 85. | Gregory Ex. 11 | Log of hours worked (07-28-2008 through 08-22-2008) | GREGORY 000128-134 |
| 86. | Gregory Ex. 9 | Log of hours worked (05-02-2009 through 12-04-2009) | GREGORY 000135 |
| 87. | | Belfor office roster (revised 08/04/10) | GREGORY 000136-139 |
| 88. | Elgin Ex. 8, Gregory Ex. 5 | Lisa's Current Duties | GREGORY 000140 |
| 89. | Elgin Ex. 10 | What Lisa thinks Brenda's duties are | GREGORY 000141 |
| 90. | Elgin Ex. 11, Gregory Ex.18, Suchowski Ex. 12 | Lisa's duties | GREGORY 000142-145 |

| PROPOSED TRIAL EXHIBIT NO. | DEPOSITION EXHIBIT NO. | EXHIBIT DESCRIPTION | BATES RANGE |
|---|---|---|---|
| 91. | Elgin Ex. 12 | Summary of Hours for July 2010 through November 2010 with explanation of increased overtime | GREGORY 000146 |
| 92. | Elgin Ex. 21 | Email chain from Elgin to Gregory re Belfor items remaining in Gregory's possession | GREGORY 000150-152 |
| 93. | | Email chain from Gregory to Strickland re retrieving company property | GREGORY 000153 |
| 94. | Gregory Ex. 24 | Email from Hodges to Gregory | GREGORY 000154 |
| 95. | Gregory Ex. 2 | Gregory employment search spreadsheet (I) | GREGORY 000166-176 |
| 96. | | Gregory Pay Stubs (redacted) | GREGORY 000179-225 |
| 97. | Gregory Ex. 6 | 1-8-07 E-mail from David Elgin to Judy Isbell, Lisa Gregory and Brenda Strickland | GREGORY 000248 |
| 98. | Gregory Ex. 7 | Job descriptions | GREGORY 000249-260 |
| 99. | Gregory Ex. 8 | Job detail for Lisa Gregory | GREGORY 000858-862 |
| 100. | | Email from Elgin to team re: Cash Flow crunch!!!!! | GREGORY 000863 |
| 101. | | Email from Gregory to Elgin re: Laptop | GREGORY 000868 |
| 102. | Gregory Ex. 20 | Handwritten notes | GREGORY 000874 |
| 103. | Gregory Ex. 10 | Handwritten notes | GREGORY 000875-890 |
| 104. | | Belfor office roster (revised 09/04/09) | GREGORY 000891-894 |
| 105. | Gregory Ex. 12 | Virginia Beach organizational chart | GREGORY 001054 |
| 106. | | Gregory QVC Earnings Statement – pay period ending 11/30/12 | GREGORY 001242 |
| 107. | | Gregory employment search spreadsheet (II) | GREGORY 001243-1248 |

Plaintiffs may offer to introduce into evidence the following exhibits:

| PROPOSED TRIAL EXHIBIT NO. | DEPOSITION EXHIBIT NO. | EXHIBIT DESCRIPTION | BATES RANGE |
|---|---|---|---|
| 108. | | Email from Gregory to group reminding them of production meeting on Thursday | BELFOR 000602 |
| 109. | | Email between David Elgin and Lisa re camera for James | BELFOR 000603-605 |
| 110. | | Email chain between Elgin to Gregory re: production meeting | BELFOR 000606 |
| 111. | | Email between David Elgin and Lisa re production meeting | BELFOR 000607 |
| 112. | | Email between David Elgin and Lisa re production meeting | BELFOR 000608 |
| 113. | Elgin Ex. 41 | Email between David Elgin and Lisa re Job Change Meetings | BELFOR 000623 |
| 114. | | Emails between David Elgin and Lisa re bill approval meetings on Wednesday | BELFOR 000624 |
| 115. | | Email chain between Elgin and Gregory re VAPRIMA golf tournament | BELFOR 000776-779 |
| 116. | | Email from Gregory to Elgin and Drummond re: Homestead room reservations | BELFOR 000797-798 |
| 117. | | Email from Gregory re: Elgin travel itinerary | BELFOR 000799-800 |
| 118. | | Email from Gregory re: Drummond travel itinerary | BELFOR 000801-802 |
| 119. | | Organizational charts and job descriptions from individual Belfor offices | BELFOR 001416-001647; 001660-001662 |
| 120. | | Office Manager job description | BELFOR 001648-001652 |

Plaintiffs reserve the right to offer any documents or other exhibits identified by any other party and any other exhibits not listed for rebuttal or impeachment purposes. By identifying the foregoing documents, Plaintiffs reserve the right to object to the admissibility of such documents

or offer them (or portions of them) for a limited purpose. Plaintiffs reserve the right to supplement, modify or amend this disclosure.

LISA GREGORY, on behalf of herself and others similarly situated,

/s/
Ann K. Sullivan, VSB #17762
Elaine Inman Hogan, VSB #48409
Crenshaw, Ware & Martin, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Fax: (757) 623-5735
asullivan@cwm-law.com
ehogan@cwm-law.com
*Counsel for Plaintiff and Joyce Guarducci*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on January 11, 2013, which will send notification of this filing to counsel.

C. Michael DeCamps
Sands Anderson Marks & Miller PC
1111 East Main Street, Suite 2400
P. O. Box 1998
Richmond, VA 23219
Telephone: (804) 783-7297
Facsimile: (804) 783-7291
mdecamps@sandsanderson.com

Steven F. Griffith, Jr.
Camalla M. Kimbrough
Erin E. Pelleteri
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
sgriffith@bakerdonelson.com
ckimbrough@bakerdonelson.com
epelleteri@bakerdonelson.com

/s/
Ann K. Sullivan, VSB #17762
Elaine Inman Hogan, VSB #48409
Crenshaw, Ware & Martin, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Fax: (757) 623-5735
asullivan@cwm-law.com
ehogan@cwm-law.com
*Counsel for Plaintiff and Joyce Guarducci*