IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



LISA GREGORY, on behalf of herself and all
others similarly situated, and
JOYCE GUARDUCCI,

    Plaintiffs,

v.                                                CIVIL ACTION NO. 2:12cv11

BELFOR USA Group, Inc.,

    Defendant.

### *MEMORANDUM ORDER*

    The parties in this case have filed a joint Notice of Settlement on May 1, 2013, stating that they "have reached a fair and reasonable resolution of the *bona fide* dispute between them." The agreement itself remains confidential and has not yet been disclosed to the Court. However, the instant case involves alleged violations of the Fair Labor Standards Act, and under that law, "there is a judicial prohibition against the unsupervised waiver or settlement of claims." *Taylor v. Progress Energy, Inc.*, 493 F.3d 454, 460 (4th Cir. 2007). "[I]t is well established that the settlement of an employee's FLSA action must be approved by a federal court through a stipulated judgment after the court scrutinizes the settlement for fairness." *Baker v. Dolgencorp, Inc.*, 818 F. Supp. 2d 940, 941 (E.D. Va. 2011) (quotation and punctuation omitted).

    A hearing on this matter has been scheduled for January 9, 2014, at which the Court intends to address whether the settlement should be approved. Accordingly, no later than January 2, 2014, the parties are **DIRECTED** to submit 1) the settlement agreement and 2) a supporting

memorandum no longer than fifteen (15) pages in length addressing why the agreement is proper under the FLSA. The memorandum may be filed jointly.

The Clerk is **DIRECTED** to send a copy of this Order to all parties.

**IT IS SO ORDERED.**

Norfolk, Virginia
December 2, 2013

Raymond A. Jackson
United States District Judge